IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT L. WATKINS,**

    **Plaintiff,**

**v.**                                            **Case No. 4:22-cv-135-AW-MAF**

**CAPITAL CITY BANK and CAPITAL
CITY BANK GROUP,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge has filed a report and recommendation that concludes the case should be dismissed for failure to prosecute and failure to follow a court order. ECF No. 6. There has been no objection. I agree with the magistrate judge, and I adopt the report and recommendation. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to follow a court order." The clerk will then close the file.

SO ORDERED on June 17, 2022.

                                                      s/ *Allen Winsor*
                                                      United States District Judge